# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-17-00691-CR

---

**Eddie Lynn Tackett, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
### NO. D-16-0544-SB, THE HONORABLE BRAD GOODWIN, JUDGE PRESIDING

---

### O R D E R

---

**PER CURIAM**

Appellant's brief on appeal was originally due December 18, 2017. On counsel's motions, the time for filing was extended to March 19, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than April 17, 2018. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on March 30, 2018.

Before Chief Justice Rose, Justices Goodwin and Field

Do Not Publish